Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARU SPC LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> MEYER TRUCKING, INC., ET AL., <br><br> Defendant(s). | Case No: 12 c 5754 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Clifford G. Kosoff, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ARU SPC LTD in the above-entitled action. My local co-counsel in this case is Nina M. Patane, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 650 Dundee Road, Suite 475 <br> Northbrook, Illinois 60062 | 4 Rossi Circle, Suite 231 <br> Salinas, CA 93907 |
| My Telephone # of Record: <br> (847) 291-0200 | Local Co-Counsel's Telephone # of Record: <br> (831) 755-1461 |
| My Email Address of Record: <br> ckosoff@okgc.com | Local Co-Counsel's Email Address of Record: <br> npatane@pglawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3122385.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/11/12         Clifford G. Kosoff
                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Clifford G. Kosoff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 12, 2012         /s/ Kandis Westmore
                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012