Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARU SPC LTD.,

Plaintiff(s),

v.

MEYER TRUCKING, INC., ET AL.,

Defendant(s).

Case No: 12 c 5754

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Clifford G. Kosoff, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ARU SPC LTD in the above-entitled action. My local co-counsel in this case is Nina M. Patane, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 650 Dundee Road, Suite 475<br>Northbrook, Illinois 60062 | 4 Rossi Circle, Suite 231<br>Salinas, CA 93907 |
| MY TELEPHONE # OF RECORD:<br>(847) 291-0200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(831) 755-1461 |
| MY EMAIL ADDRESS OF RECORD:<br>ckosoff@okgc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>npatane@pglawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3122385.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/11/12

Clifford G. Kosoff
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Clifford G. Kosoff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 12, 2012

Kandis Westmore
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                      October 2012