IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARU SPC LTD., | No. C-12-5754 MMC |
| Plaintiff, | **ORDER VACATING FEBRUARY 22, 2013 HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT ON PLEADINGS OR TO STRIKE AFFIRMATIVE DEFENSES; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MEYER TRUCKING, INC., et al., | |
| Defendants. | |

Before the Court is plaintiff ARU SPC, Ltd.'s "Motion for Judgment on the Pleadings or, in the Alternative, Motion to Strike Affirmative Defenses," filed December 28, 2012. Plaintiffs Meyer Trucking, Inc., Robert L. Meyer and Patricia J. Meyer have not filed opposition. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision on the moving papers and hereby VACATES the February 22, 2013 hearing.

Also before the Court is the parties' Joint Case Management Statement, filed February 11, 2013.[1] In light of the pendency of plaintiff's motion, the Case Management

---

[1] Plaintiff electronically filed the Joint Case Management Statement, but failed to provide the Court with a chambers copy. For future reference, plaintiff is reminded that, pursuant to Civil Local Rule 5-1(e)(7) and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.

Conference is hereby CONTINUED from February 22, 2013 to May 10, 2013.[2] A Joint Case Management Statement shall be filed no later than May 3, 2013.

**IT IS SO ORDERED.**

Dated: February 15, 2011

MAXINE M. CHESNEY
United States District Judge

---

[2] Plaintiff's request to appear telephonically at the February 22, 2013 Case Management Conference is DENIED as moot.

2