IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARU SPC LTD., | No. C-12-5754 MMC |
|     Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS; DIRECTIONS TO CLERK** |
|   v. | |
| MEYER TRUCKING, INC., et al., | |
|     Defendants. | |

      Before the Court is the remaining issue raised in ARU SPC, Ltd.'s ("ARU") "Motion for Judgment on the Pleadings or, in the Alternative, Motion to Strike Affirmative Defenses," filed December 28, 2012.

      By order filed March 12, 2013, the Court found that, absent an affirmative defense, ARU was entitled to judgment on the pleadings, specifically, in the amount of $330,145 plus interest at a daily rate of $45.23. By said order, the Court also struck the affirmative defenses set forth in defendants' answer, for the reason that defendants had failed to allege any cognizable affirmative defense, afforded defendants leave to amend their affirmative defenses on or before March 29, 2013, and deferred, until March 29, 2013, ruling on ARU's motion to the extent ARU sought entry of judgment.

      As of this date, no amended answer has been filed, and, consequently, defendants

have failed to assert a cognizable affirmative defense.

Accordingly, ARU's motion for judgment on the pleadings is hereby GRANTED.

The Clerk is hereby DIRECTED to enter judgment in favor of ARU and against defendants, jointly and severally, in the amount of $330,145, together with prejudgment interest in the amount of $7146.34,[1] for a total award of $337,291.34.

**IT IS SO ORDERED.**

Dated: April 2, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the contract on which the instant action is based, ARU is entitled to interest, in the amount of $45.23 per day, on the principle owed. ARU alleges, and defendants concede in their answer, that defendants were in breach of their contractual obligations to ARU as of October 26, 2012. (See Compl. ¶ 24; Answer ¶ 24.) Consequently, ARU is entitled to interest in the amount of $45.23 per day for a period of 158 days, beginning October 27, 2012 and continuing through the date of this order.