IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARU SPC LTD.,

        Plaintiff,

  v.

MEYER TRUCKING, INC., et al.,

        Defendants.
                                     /

No. CV- 12 - 5754 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Judgment is entered in favor of ARU and against defendants, jointly and severally, in the amount of $330,145, together with prejudgment interest in the amount of $7146.34, for a total award of $337,291.34.

Dated: April 2, 2013

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk