IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARU SPC LTD., | No. C 12-5754 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATIONS FOR APPEARANCE AND EXAMINATION** |
| v. | |
| MEYER TRUCKING, INC., et al., | |
| Defendants | |

    Pursuant to Civil Local Rule 72-1, plaintiffs' applications for orders to appear for examination, each filed June 25, 2013, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: July 3, 2013

_____
MAXINE M. CHESNEY
United States District Judge